IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESLEY S. GRIGSBY, M.D.; and CONNIE S. GRIGSBY,<br><br>    Plaintiffs,<br><br>  v.<br><br>EMBRACE SOFTWARE, INC.,<br><br>    Defendant. | 8:24CV112<br><br>**ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  IT IS SO ORDERED.

  Dated this 29th day of April 2024.

                    BY THE COURT:

                    Robert F. Rossiter, Jr.
                    Chief United States District Judge